1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF WASHINGTON

9   TRUSTEES OF THE PLUMBERS AND          )
    PIPEFITTERS NATIONAL PENSION          )
10  FUND, et al                           )        CIVIL NO. 07-5076-FVS
                                          )
11          Plaintiffs,                   )
                                          )        **STIPULATED JUDGMENT OF**
12      v.                                )        **DISMISSAL WITH PREJUDICE**
                                          )
13  SAGEBRUSH CONCRETE SAWING &           )
    DRILLING, INC., a Washington          )
    corporation                           )
14                                        )
            Defendant.                    )
15  _____ )

16

17      Plaintiffs and Defendant, by their respective attorneys, hereby stipulate that this

18  Lawsuit, including Defendant's Counterclaim, shall be dismissed with prejudice and

19  without an award of attorneys' fees or costs to any party.

20      It is further stipulated that the Plaintiffs, Trustees of the Plumbers and Pipefitters

21  National Pension Fund and the Trustees of the Washington State Plumbing and

22
    Page 1      -     STIPULATED JUDGMENT OF DISMISSAL

1    Pipefitting Industry Pension Plan preserve any claims they may have against Defendant

2    for withdrawal liability under the Employee Retirement Income Security Act.

3        It is so stipulated:

4    BROWNSTEIN, RASK, SWEENEY, ET AL    KUFFEL, HULTGRENN, KLASHKE &
                                          SHEA, LLP
5

6    Scott L. Jensen WSBA #17526           Edward F. Shea, Jr. WSBA #23704
     Attorney for Plaintiffs               Attorney for Defendant

7

8        The District Court Executive is directed to CLOSE the file.

9        It is so Ordered and Adjudged this _____11th_____ day of ____February_____, 2008.

10   s/ Fred Van Sickle
     _____
11   Fred Van Sickle
     Senior United States District Judge
12

13
     plumbers/pleadings/Sagebrush - Stipulated Judgment to Dismissal with Prejudice 10-6-08.
14

15

16

17

18

19

20

21

22
     Page 2      -      STIPULATED JUDGMENT OF DISMISSAL
Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 SW Main Street • Portland, OR 97205-2040
(503) 221-1772 • Fax (503) 221-1074